1124

No. 99–7116. MOSES *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 99–7122. CARR *v.* WEST VIRGINIA. Cir. Ct. Wood County, W. Va. Certiorari denied.

No. 99–7123. DOWNS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–7143. JONES *v.* UNITED STATES;
No. 99–7146. McKENITH *v.* UNITED STATES; and
No. 99–7233. ENGLAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 187 F. 3d 649.

No. 99–7150. CRIST *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–7155. LYONS, AKA JOHNSON *v.* NORTH CAROLINA; and
No. 99–7392. LYONS *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Forsyth County, N. C. Certiorari denied.

No. 99–7157. RASTEN *v.* DEPARTMENT OF LABOR. C. A. 1st Cir. Certiorari denied.

No. 99–7158. WILKERSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7161. BANKS *v.* GRIER. C. A. 11th Cir. Certiorari denied.

No. 99–7171. BREWER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7173. CHAPMAN *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 99–7174. WILLIAMS *v.* HUTCHISON. C. A. 11th Cir. Certiorari denied.

No. 99–7176. WILLARD *v.* WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.